UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re: ) Case No: 07-41219-swr
Michelle Amy Cole (xxx-xx-9880) )
23801 Columbus ) Chapter 13
Warren, MI 48089 )
                    Debtors ) Hon. Steven W. Rhodes

## STIPULATION BY AND BETWEEN DEBTOR AND THE CHAPTER 13 TRUSTEE GRANTING DEBTOR'S PROPOSED CHAPTER 13 POST-CONFIRMATION PLAN MODIFICATION

Debtor and the Chapter 13 Trustee hereby agree to the entry of an Order Granting Debtor's Proposed Chapter 13 Post-Confirmation Plan Modification in the form of the proposed Order attached hereto.

*Krispen Carroll* (signature)
Chapter 13 Trustee Krispen Carroll
719 Griswold St., Suite 1100
Detroit, MI 48226

*/s/ Brian Rookard*
Michael A. Greiner (P-68241)
Brian Rookard (P-69836)
Financial Law Group, PC
29405 Hoover Rd
Warren, MI 48093
(586) 693-2000
brian@financiallawgroup.com

May 26, 2010

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No: 07-41219-swr |
| Michelle Amy Cole (xxx-xx-9880) | ) | |
| 23801 Columbus | ) | Chapter 13 |
| Warren, MI 48089 | ) | |
| Debtors | ) | Hon. Steven W. Rhodes |

## STIPULATED ORDER GRANTING DEBTOR'S PROPOSED CHAPTER 13 POST-CONFIRMATION PLAN MODIFICATION

This matter having been set for hearing on June 2, 2010, regarding Debtor's Proposed Chapter 13 Post-Confirmation Plan Modification; and the parties having resolved their issues and agreeing to the terms herein, and the Court being otherwise sufficiently advised in the premises; NOW THEREFORE:

IT IS ORDERED that Debtors' Chapter 13 Plan is modified as follows:

1      The dividend to unsecured creditors is reduced to 6.55%.

IT IS FURTHER ORDERED that in all other respects, the Plan and Order Confirming Plan shall remain in full force and effect